# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BRIAN GUENETTE, on his own behalf
and on behalf of those similarly situated**

     **Plaintiff,**

**v.**                                                                      **Case No:5:12-CV-483-Oc-10PRL**

**JOHNSON ENTERPRISES
UNLIMITED, INC.**

     **Defendant.**

_____

## ORDER

This matter is before the Court on Plaintiff's Motion to Enlarge the Time for Service (Doc. 4).  On August 30, 2012, Plaintiff filed his complaint (Doc. 1), and a summons was issued. Pursuant to Rule 4(m), Fed.R.Civ.P., service of the summons and complaint must be made within 120 days after filing the complaint.  However, the Court has discretion to extend the time for service.  *See* Rule 4(m), Fed.R.Civ.P.; Horenkamp v. Van Winkle and Co., Inc., 402 F.3d 1129, 1132-33 (11th Cir. 2005)(holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause).

Plaintiff represents that despite diligent efforts he has been unable to locate Defendant, and thus, has been unable to effect service.  Accordingly, Plaintiff requests a sixty (60) day extension of time to serve Defendant. Upon due consideration, Plaintiff's Motion to Enlarge the Time for Service (Doc. 4) is **GRANTED**.  Plaintiff shall serve Defendant on or before **February 8, 2013.**

**DONE** and **ORDERED** in Ocala, Florida on December 12, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties