**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**BRIAN GUENETTE, on his own behalf
and on behalf of those similarly situated**

    **Plaintiff,**

**v.**                                                              **Case No:5:12-CV-483-Oc-10PRL**

**JOHNSON ENTERPRISES
UNLIMITED, INC.**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Second Motion to Enlarge the Time for Service. (Doc. 9). On August 30, 2012, Plaintiff filed his Complaint in this action.

Although Federal Rule of Civil Procedure 4(m) directs that service of the summons and complaint be made within 120 days after filing the complaint, the Court has discretion to extend the time for service. See Rule 4(m), Fed.R.Civ.P.; see also Horenkamp v. Van Winkle and Co., Inc., 402 F.3d 1129, 1132-33 (11th Cir. 2005)(holding that court may extend the time for service of process under Rule 4(m) even in the absence of a showing of good cause). The Court previously enlarged the time for service through February 8, 2013. (Doc. 5). Now, Plaintiff requests an additional sixty (60) days to effectuate service. The record shows that a process server has unsuccessfully attempted to serve Plaintiff at a private mailbox at a UPS Store and at an address in Fort McCoy, Florida. See Doc 7.

Upon due consideration, Plaintiff's Second Motion to Enlarge the Time for Service (Doc. 9) is **GRANTED**. Plaintiff shall serve Defendant on or before **April 8, 2013.** Plaintiff should

- 2 -

use diligent efforts to effectuate service on Defendant because the Court is disinclined to grant any further enlargements of time absent extraordinary circumstances.

**DONE** and **ORDERED** in Ocala, Florida on February 13, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties